**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-2689**

———————————

In Re: CHARLES LURIA,

                                                          Debtor.

—————————————————

CHARLES LURIA,

                                        Plaintiff - Appellant,

          versus

CRESTAR BANK,

                                        Defendant - Appellee,

SCOTT D. FIELD, Chapter 11 Trustee,

                                              Intervenor,

OFFICE OF THE UNITED STATES TRUSTEE,

                                        Party-in-interest.

———————————

**No. 95-2780**

———————————

In Re: CHARLES LURIA,

                                                          Debtor.

—————————————————

CHARLES LURIA,

                                        Plaintiff - Appellee,

          versus

CRESTAR BANK,

                                        Defendant - Appellant,

SCOTT D. FIELD, Chapter 11 Trustee,

                                        Intervenor,

OFFICE OF THE UNITED STATES TRUSTEE,

                                        Party-in-interest.

---

Appeals from the United States District Court for the District of Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-95-240-PJM, BK-94-12553-DK)

---

Submitted:  October 15, 1996        Decided:  December 18, 1996

---

Before HALL, MURNAGHAN, and ERVIN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Charles Luria, Appellant Pro Se.  Bradley R. Duncan, HUNTON & WILLIAMS, McLean, Virginia, for Appellee.  Ward Baldwin Coe, III, WHITEFORD, TAYLOR & PRESTON, Baltimore, Maryland, for Intervenor.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Luria and Crestar Bank appeal from the district court's order affirming the bankruptcy court's decision that payments Luria received from a consulting agreement were includable in the bankruptcy estate and that Crestar was barred from asserting an interest in those payments. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Luria v. Crestar Bank, Nos. CA-95-240-PJM; BK-94-12553-DK (D. Md. Aug. 16, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED